# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

RICHARD HAMILTON,            Case No. 1:12-cv-124
    Petitioner                     Beckwith, J.
                                       Bowman, M.J.

vs

WARDEN, CHILLICOTHE
CORRECTIONAL INSTITUTION,            **ORDER**
    Respondent.

      This matter is before the Court on petitioner's habeas corpus petition received and filed on February 10, 2012.  Upon review of the petition and exhibits attached thereto, the Court notes that the exhibits contain the name of an individual known to be a minor.  Pursuant to Fed. R. Civ. P. 5.2(a)(3), filings with the Court may only include the minor's initials.  The Clerk of Courts is hereby directed to **SEAL** the above referenced exhibits.

      Petitioner is notified that any further documents filed with the Court shall identify any minor individuals by their initials only.

      **IT IS SO ORDERED**.

Date: 2/13/12                                  /s/ *Stephanie K. Bowman*
                                                           United States Magistrate Judge