# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| RICHARD HAMILTON,<br>    Petitioner, | Case No. 1:12-cv-124 |
| | Beckwith, J. |
| vs | Bowman, M.J. |
| WARDEN, CHILLICOTHE CORRECTIONAL INSTITUTION,<br>    Respondent. | **ORDER** |

This *pro se* habeas corpus action brought pursuant to 28 U.S.C. § 2254 is before the court on petitioner's motion for evidentiary hearing. (Doc. 9). Respondent opposes petitioner's motion. (Doc. 10). In a separate Report and Recommendation issued this date, the undersigned has recommended that the petitioner's § 2254 petition be dismissed without prejudice based on petitioner's failure to exhaust available state court remedies. Therefore, petitioner's motion for evidentiary hearing (Doc. 9) is **DENIED** as moot.

    **IT IS SO ORDERED**.


                    /s/ *Stephanie K. Bowman*
                    United States Magistrate Judge